**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO.: 3:06-CV-00515**

| | |
|---|---|
| FENECIA LAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING ADMISSION** |
| v. ) | **PRO HAC VICE OF** |
| ) | **DANIEL P. HART** |
| THE TRAMMELL CROW COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of Catherine E. Thompson and Melissa M. Kidd of Helms Mulliss & Wicker, PLLC requesting that Daniel P. Hart be admitted to appear as counsel for Defendant Trammell Crow Company in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Daniel P. Hart be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for Trammell Crow Company along with co-counsel, Catherine E. Thompson and Melissa M. Kidd, who are members in good standing of the Bar of this Court.

Signed: May 1, 2007

_____
David C. Keesler
United States Magistrate Judge

1