UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-cv-515

| | |
|---|---|
| FENECIA LAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE TRAMMELL CROW COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The Court **APPROVES** the Joint Motion for Approval of Settlement and to Dismiss this action with Prejudice. Plaintiff Fenecia Law is **ORDERED** dismissed from the above-captioned action with prejudice, each party to bear her and their own respective costs.

SO ORDERED this Fifth day of November, 2007.

Signed: November 5, 2007

Robert J. Conrad, Jr.
Chief United States District Judge